TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00213-CR

Thomas Stuckey, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0972234, HONORABLE MIKE LYNCH, JUDGE PRESIDING

PER CURIAM

 Appellant pleaded guilty to an indictment accusing him of aggravated assault. After
accepting the plea and appellant's judicial confession, the district court found that the evidence
substantiated appellant's guilt, deferred further proceedings, and placed appellant on community
supervision.

 Appellant represents himself on appeal. A reporter's record was not requested and,
after giving appellant notice and an opportunity to cure, the appeal was submitted for decision
without a reporter's record. See Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief. See
Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental
error that should be considered in the interest of justice.

 The order deferring adjudication is affirmed.

Before Justices Powers , Aboussie and Kidd

Affirmed

Filed: September 17, 1998

Do Not Publish